UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 08 CR 50009 |
| vs. | ) Violation: Title 18, United States Code, |
| | ) Section 922(g)(1) |
| DOUGLAS HILL | ) |

### COUNT ONE

The DECEMBER 2006 GRAND JURY charges:

On or about January 12, 2008, at Rockford, in the Northern District of Illinois, Western Division,

DOUGLAS HILL,

defendant herein, previously having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess a firearm, namely:

a Smith & Wesson, Model 457, .45 caliber handgun, serial number VJN8434,

which possession was in and affecting commerce in that the firearm had previously been transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Section 922(g)(1).

**FILED**

FEB 19 2008

MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court

## FORFEITURE ALLEGATION

The DECEMBER 2006 GRAND JURY further charges:

1. The allegations contained in Count One of this Indictment are realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. As a result of his violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count One of the foregoing Indictment,

DOUGLAS HILL,

defendant herein, shall forfeit to the United States, pursuant to Title 28, United States Code, Section 2461(c), any and all right, title, and interest he may have in any property involved in the charged offense.

3. The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) is one Smith & Wesson, Model 457, .45 caliber handgun, serial number VJN8434, and ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY



No.: 08 CR 50009

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.

DOUG HILL

**INDICTMENT**

Violation(s): Title 18, United States Code, Section 922(g)(1)

A true bill.

_____
Foreman

Filed in open court this _____ day of February, A.D. 2008

_____
Clerk

Bail, $ _____

FILED
FEB 19 2008
MAGISTRATE JUDGE P. MICHAEL MAHONEY
United States District Court