## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50009 - 1 | **DATE** | 2/22/2008 |
| **CASE TITLE** | USA vs. DOUGLAS HILL | | |

**DOCKET ENTRY TEXT:**

Arraignment/initial appearance proceedings held. Defendant appears in response to writ. Court appoints Haneef Omar as counsel. Defendant enters plea of not guilty to indictment. Defendant informed of rights. Financial affidavit due by and 16.1 conference to be held by February 29, 2008. Defendant's oral motion for time to March 26, 2008 to file pretrial motions is granted. USA's oral motion for the time of February 22, 2008 to and including March 26, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for March 26, 2008 at 11:00 am. USA moves for detention. Detention hearing set for February 27, 2008 at 11:00 am. Enter order of temporary detention.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|