# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50009 - 1 | **DATE** | 4/28/2008 |
| **CASE TITLE** | USA vs. DOUGLAS HILL | | |

**DOCKET ENTRY TEXT:**

Status hearing held. Defendant's oral motion for Haneef Omar withdraw as counsel and for Patrick E. Boyle to appear as retained counsel is granted. Defendant's oral motion for an extension of time to May 28, 2008 to file pretrial motions is granted. USA's oral motion for the time of April 28, 2008 to and including May 28, 2008 to be deemed excludable under 18 USC 3161(h)(1) (X-E) is granted. Status hearing set for May 28, 2008 at 11:00 am.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|