UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CR 50009 |
| | ) | |
| DOUGLAS HILL, | ) | Hon. P. Michael Mahoney |
| Defendant. | ) | |

**DEFENDANT DOUGLAS HILL'S MOTION TO SUPPRESS EVIDENCE**

Now comes Defendant **DOUGLAS HILL**, by and through his attorney **PATRICK E. BOYLE**, and respectfully moves to suppress all evidence obtained in a warrantless search of Douglas Hill on January 12, 2008, as well as any evidence derived from this search including any statements. In support of this motion, Defendant Douglas Hill states the following:

1. On February 19, 2008, Defendant Douglas Hill was charged in an indictment charging him with being a convicted felon in knowing possession of a firearm in violation of Title 18, U.S.C., Section 922(g)(1) and a forfeiture allegation concerning the firearm.

2. On January 12, 2008, an anonymous female made a 911 call which was received by the Rockford Police and Fire dispatcher. The caller claimed that she was running down the street and that there was a guy shooting at her. The dispatcher then put the call through to the Winnebago County Sheriff's's Department. The caller claimed that she had left the address of 4201 Kennett Street. She claimed that she left this location and ran over to the Family Dollar store up the street. The caller claimed that she had a fight with her boyfriend whom she identified as Douglas Hill. The caller said that she no longer sees him and that she does not know where he is. The caller identifies her boyfriend as Douglas Hill, a black, thirty-nine year-

old.  No other description of Douglas Hill is given such as physical characteristics or dress.  The caller never identifies herself or gives a contact number.

       3.  Officers of the Winnebago County Sheriff's's Office were then dispatched to respond to the anonymous 911 call.  The officers went to the area around the Family Dollar Store on the east side of Springfield across from Kennett Avenue in Rockford, Illinois.  The officers checked the area, including the surrounding neighborhood.  The officers found no female who could have possibly been the anonymous caller, no suspect, or any witnesses supporting the caller's allegation of a chase or shooting.

       4.  The officers, at this point several units, then proceeded to the area immediately surrounding 4201 Kennett Street, Rockford, IL.  The officers surveyed the area and again saw no evidence of a confrontation or a shooting.  The officers knocked on several door of houses surrounding the 4201 Kennett Street address.  The officers found no one who could confirm an argument, confrontation, chase or shooting as alleged by the anonymous caller.  The officers found no physical evidence of a shooting such as discharged firearm casings.

       5.  The officers then surrounded the residence at 4201 Kennett Street.  However, the officers never identified themselves or ever announced their office to any residents within the house.  Instead the officers surrounded the property, assembling en masse outside the property's privacy fence.  The officers never knocked on the front door of the property or attempted to telephone the occupants of the house.

       6.  After several minutes, the garage door of 4201 Kennett opened and Douglas Hill walked out and stood on his driveway.  Mr. Hill made no aggressive movements toward the officers nor did he say anything.  Mr. Hill was not asked to identify himself.  Instead the officers

began to yell commands at Mr. Hill. The officers then identified themselves as "Sheriffs' Department" and demanded that Douglas Hill drop to the ground. Mr. Hill immediately complied, and dropped to his driveway and lay flat on his stomach. The officers, with guns drawn, then rushed around the property's fence and on to Mr. Hill's driveway and immediately seized Mr. Hill. Mr. Hill was searched and a gun was found in his right front coat pocket by a Deputy E. Pearson.

    7. The officers then entered the backdoor of the house at 4201 Kennett and searched the entire property. The officers found no one who could have possibly been the anonymous 911 caller. Further searches and investigation found no witnesses to or evidence of any of the claims of a violent confrontation or shooting as alleged by the anonymous caller. The investigation never found anyone who acknowledged being the 911 caller.

    8. After his arrest, Mr. Hill made various statements to the arresting officers.

    9. The seizure and search of Mr. Hill of his property was without an arrest or search warrant and was illegal and unreasonable.

    10. The arrest and search of Mr. Hill was premised entirely on the allegations of an anonymous 911 caller who failed to demonstrate veracity sufficient to provide the reasonable suspicion necessary for a <u>Terry</u> stop.

    11. All of the investigations by the officers prior to their search of Mr. Hill failed to corroborate the allegations of the anonymous caller and instead directly contradicted them.

    12. Prior to the seizure and the search of his person, Mr. Hill was never identified as Douglas Hill.

    WHEREFORE, Defendant Douglas Hill, respectfully requests that this Court suppress all evidence obtained as a result of the illegal search and seizure, that the Court grant an evidentiary

hearing on Defendant's Motion to Suppress, and for all other just and proper relief.

                                        Respectfully submitted,

                                        **DOUGLAS HILL**

By:    s/ Patrick E. Boyle
        By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

      The undersigned Attorney certifies that the following Motion to Continue Sentencing was served on **Thursday, June 12, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

      By:    s/ Patrick E. Boyle
                PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888