# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CR 5009 |
| | ) | |
| DOUGLAS HILL, | ) | Hon. P. Michael Mahoney |
| Defendant. | ) | |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

TO:    Mark Karner
        Assistant United States Attorney
        308 West State Street, Suite 300
        Rockford, IL 61101

**PLEASE TAKE NOTICE** that on **Thursday, June 12, 2008,** we have electronically filed the following documents:

### DEFENDANT DOUGLAS HILL'S MOTION TO SUPPRESS AND SUPPORTING MEMORANDUM

                                              Respectfully submitted,

                                              DOUGLAS HILL

                              By:    s/ Patrick E. Boyle
                                          By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

The undersigned Attorney certifies that the following Notice of Filing was served on **Thursday, June 12, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

By:   s/ Patrick E. Boyle
　　　PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888