## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Frederick J. Kapala | **Sitting Judge if Other than Assigned Judge** | P. Michael Mahoney |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50009 - 1 | **DATE** | 6/12/2008 |
| **CASE TITLE** | USA vs. DOUGLAS HILL | | |

**DOCKET ENTRY TEXT:**

Status hearing held.. Defendant's motion to suppress filed. Response due June 23, 2008. Reply due June 30, 2008. If a party is not going to file a brief in response or reply, it is that party's obligation, within the time frame established by this order, to so notify the court in writing.   USA's oral motion for the time of June 12, 2008 to and including June 30, 2008  to be deemed excludable under 18 USC 3161(h)(1)(h) (X-E) is granted. Status hearing set for July 1, 2008 at 11:00 am.

Notices mailed by Judicial staff.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | GG |
|---|---|---|