UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 08 CR 5009 |
| | ) | |
| DOUGLAS HILL, | ) | Hon. P. Michael Mahoney |
|     Defendant. | ) | |

___

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**
___

TO:    Mark Karner
           Assistant United States Attorney
           308 West State Street, Suite 300
           Rockford, IL 61101

       **PLEASE TAKE NOTICE** that on **Monday, June 30, 2008,** we have electronically filed the following documents:

**DEFENDANT DOUGLAS HILL'S REPLY TO THE GOVERNMENT"S RESPONSE TO DEFENDANT'S MOTION TO SUPPRESS**

                                                     Respectfully submitted,

                                                     DOUGLAS HILL

                                      By:    <u>s/ Patrick E. Boyle</u>
                                                    By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

    The undersigned Attorney certifies that the following Notice of Filing was served on **Monday, June 30, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

                                                 By:    s/ Patrick E. Boyle
                                                                 PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888