## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Western Division

UNITED STATES OF AMERICA
                                    Plaintiff,

v.                                          Case No.: 3:08−cr−50009
                                            Honorable Frederick J. Kapala

Douglas Hill
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

    MINUTE entry before the Honorable Frederick J. Kapala as to Douglas Hill: Status hearing held. Hearing on motion to suppress set for 2:30 on July 31, 2008. USA's oral motion for excludable time from July 11, 2008 through and including July 31, 2008 pursuant to 18 USC 3161(h)(1)(F) is granted. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.