## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Frederick J. Kapala | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 50009 | **DATE** | 7/31/2008 |
| **CASE TITLE** | USA vs. Douglas Hill | | |

**DOCKET ENTRY TEXT:**

Suppression hearing held. Defendant's supplemental brief due August 11, 2008. United States' supplemental brief due August 18, 2008. Status hearing set for 9:00 a.m. on August 25, 2008. USA's oral motion for excludable time from July 31, 2008 through and including August 25, 2008 pursuant to 18 USC 3161(h)(1)(F)[X-E] is granted.

*/s/ Frederick J. Kapala*

Notices mailed by Judicial staff.

02:00

| | Courtroom Deputy Initials: | sw |
|---|---|---|