UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 08 CR 50009 |
| | ) | |
| DOUGLAS HILL, | ) | Hon. Frederick J. Kapala |
| Defendant. | ) | |

---

**NOTICE OF FILING AND CERTIFICATE OF SERVICE**

---

TO:   Mark Karner
      Assistant United States Attorney
      308 West State Street, Suite 300
      Rockford, IL 61101

   **PLEASE TAKE NOTICE** that on **Monday, August 11, 2008,** we have electronically filed the following documents:

**DEFENDANT DOUGLAS HILL'S SUPPLEMENTAL MEMORANDUM
IN SUPPORT OF MOTION TO SUPPRESS**

                                    Respectfully submitted,

                                    DOUGLAS HILL

                              By:   s/ Patrick E. Boyle
                                    By his attorney Patrick E. Boyle

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888

**CERTIFICATE OF SERVICE**

  The undersigned Attorney certifies that the following Notice of Filing was served on **Monday, August 11, 2008**, in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF) pursuant to the district court's system as to ECF filers.

               By: s/ Patrick E. Boyle
                  PATRICK E. BOYLE

Law Offices of Patrick E. Boyle
**PATRICK E. BOYLE**
155 N. Michigan Ave., Suite 562
Chicago, IL 60601
(312) 565-2888