UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Western Division

UNITED STATES OF AMERICA
                              Plaintiff,

v.                                                        Case No.: 3:08−cr−50009
                                                          Honorable Frederick J. Kapala

Douglas Hill
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 25, 2008:

MINUTE entry before the Honorable Frederick J. Kapala as to Douglas Hill: Status hearing held. Change of plea hearing set for 2:30 p.m. on September 3, 2008. Defendant's oral motion for extension of time to September 3, 2008 to file pretrial motions is granted. United States' oral motion for excludable time from August 25, 2008 through and including September 3, 2008 pursuant to 18 USC 3161(h)(1) is granted. Mailed notice (sw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.